UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     98-cr-1038 (PKC)

          -against-                                                         <u>ORDER</u>

MARIO RAMOS,

                              Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by January 4, 2021. The defendant may reply by January 15, 2021.

        SO ORDERED.

                                                                P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
            December 14, 2020

*Mailed to Mr. Ramos on December 15, 2020*