UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  98-cr-1038 (PKC)

       -against-                                      ORDER

MARIO RAMOS,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Defendant Mario Ramos moves *pro se* to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2).  (Doc. 267).  The Court ordered the government to respond and permitted Ramos to file a reply by January 15, 2021.  Ramos has not submitted a reply to the government's opposition.  According to the Bureau of Prisons' website, Ramos was released from custody on March 17, 2021.[1]  Ramos' application for relief under 18 U.S.C. § 3582(c) is therefore denied as moot.  The clerk is directed to terminate the motion.  (Doc 267).

       SO ORDERED.

                                                        P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
           March 24, 2021

---

[1] https://www.bop.gov/inmateloc/ (last accessed March 24, 2021).

Mailed to M. Ramos on March 24, 2021